**Order entered October 4, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00325-CV

**JESSICA D. LEE, M.D., Appellant**

**V.**

**LOIS HUNTER, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF JAMES HUNTER, DECEASED, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-02393**

## ORDER

Before the Court is Lois Hunter, Individually and on Behalf of the Estate of James Hunter, Deceased's October 4, 2016 Second Unopposed Motion to Extend Appellee's Briefing Deadline. We **DENY** the motion. The case will remain set for submission on October 5, 2016. We note that, because appellee has failed to file a brief or timely request oral argument, her counsel will not be permitted to participate in oral argument. *See* TEX. R. APP. P. 39.1.

/s/    ROBERT M. FILLMORE
PRESIDING JUSTICE